IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | CRIMINAL NO. 5:10-CR-1-002(HL) |
| | : | |
| **BRADFORD G. BROWN,** | : | |
| | : | |

## ORDER

Having reviewed and considered the within and forgoing Defendant's Motion to Continue, **IT IS HEREBY ORDERED** that the pretrial conference and trial of this case be continued to the July 2010 term of Court to give counsel adequate time to receive and review the documentary material relevant to this case.

**IT IS FURTHER ORDERED** that any delay occasioned by the continuance be deemed an excusable delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

**SO ORDERED this 8th day of April, 2010.**

s/  Hugh Lawson
**SENIOR UNITED STATES DISTRICT JUDGE**