IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| BRADFORD BROWN, | : | Criminal Action No. |
| | : | 5:10-cr-01 (HL) |
| Defendant. | : | |
| _____ | : | |

### **ORDER**

On April 23, 2010, Defendant filed an Amended Notice to Produce (Doc. 37) containing the electronic signature of his then attorney, Reza Sedghi. Mr. Sedghi did not prepare the Amended Notice to Produce and did not consent to its filing.

The Court does not permit a litigant to file a motion containing the false signatures of his counsel nor to file any pro se motion. The Magistrate Judge has permitted the withdrawal of Mr. Sedghi and another lawyer is to be appointed. New counsel may consider afresh the Defendant's proposed filings. The Clerk's office is accordingly ordered to strike from the record Defendant's Amended Notice to Produce (Doc. 37).

**SO ORDERED**, this the 28th day of April, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc