**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | CRIM. NO. 5:10-CR-01 (HL) |
| | : | |
| **BRADFORD G. BROWN** | : | |
| | : | |

**O R D E R**

Upon the motion of the Government, and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the July term of court to the **next** term of court. In support of this order, the Court specifically finds that:

(1)

The above-styled case is set for a pre-trial hearing on June 28, 2010 and trial on the week of July 12, 2010

(2)

A superseding indictment was returned by the grand jury on June 9, 2010. The superseding indictment added an additional charge of obstruction of the due administration of justice pursuant to Title 18, United States Code, Section 1505. Defendant had his arraignment on the superseding indictment on June 21, 2010. Under the provision of 18 U.S.C. § 3161, no trial can commence within 30 days of Defendant's arraignment. Defendant's arraignment will not accommodate the July term of court. Moreover, the Government has not had sufficient opportunity to provide defense counsel with discovery associated with the current indictment.

WHEREFORE, it is respectfully requested that the case be continued to the **next** term of Court. IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 23rd day of June 2010.

                         s/ Hugh Lawson
                         HUGH LAWSON
                         UNITED STATES DISTRICT JUDGE

Presented by:

_____
s/JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY