IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 10-CR-1 (CAR) |
| BRADFORD G. BROWN, | RE: VIOLATION OF PRETRIAL RELEASE |
| Defendant | |

# O R D E R

Defendant BRADFORD G. BROWN this day appeared before the undersigned for a hearing on a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed herein by U. S. Probation Officer Donald F. Allen, Jr. He was represented by Mr. Charles E. Cox, Jr. of the Macon Bar; the government was represented by Assistant U. S. Attorney Jennifer Kolman.

Upon consideration of the proffers made by counsel, the testimony of Deputy Clerk Amy Stapleton, and argument of counsel, I find insufficient evidence to support revocation of the Order of Release entered herein by the undersigned on January 25, 2010. To be sure, the return of a true bill of indictment charging defendant Brown with Obstruction of the Due Administration of Justice, 18 U.S.C. §1503 and §2 satisfies any requirement of probable cause; nevertheless, sufficient evidence has been presented to arguably support the defendant's contention that the document purportedly submitted for filing (an Amended Notice to Produce) was, in fact, actually presented for filing as an attachment to a letter to the defendant's [then] counsel of record requesting that the document be filed by his attorney. Under such circumstances, the undersigned does not find it appropriate to revoke the defendant's Order of Release.

Accordingly, the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE is DENIED, and defendant BROWN shall continue under pretrial supervision as previously ordered.

SO ORDERED AND DIRECTED, this 23rd day of JUNE, 2010.



/s/ Claude W. Hicks, Jr.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE