# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:10-cr-1 (HL) |
| BRADFORD G. BROWN, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the amended motion to restore bond pending sentencing (Doc. 131) filed by the Defendant Dr. Bradford Brown ("Dr. Brown"). For the following reasons, the motion is denied.

Dr. Brown was convicted on September 23, 2010, of one count of conspiracy and four counts of making a false statement. He has been incarcerated since the date of his conviction. His sentence is likely to include a period of incarceration.

Dr. Brown has a prior criminal record. In 2003 he was convicted of tax invasion. He was sentenced to a term of incarceration and a period of supervised release. On March 9, 2007, Dr. Brown's supervised release was revoked and he was ordered to serve a prison term. On April 8, 2008 his supervised release was revoked again and Dr. Brown was required to serve another prison term.

The Court may release a convicted defendant pending sentencing if clear and convincing evidence is shown that the convicted defendant is not likely to flee or

pose a danger to the safety of any person or the community. 18 U.S.C § 3143(a).

The Court finds that Dr. Brown is a flight risk. In making this conclusion, the Court has considered that Dr. Brown has twice previously violated the conditions of his supervised release and that his sentence for his most recent conviction is likely to include a period of incarceration. Accordingly, his motion is denied. His motion for bond pending sentencing (Doc. 121) is denied as moot.

**SO ORDERED**, this the 30th day of November, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc