IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| BRADFORD G. BROWN, : | Criminal Action No. |
| : | 5:10-cr-1 (HL) |
| Defendant. : | |
| _____ : | |

### ORDER

Before the Court is counsel's ex parte motion for approval of paralegal funds (Doc. 124). The motion is denied as moot.

Pursuant to the Criminal Justice Act, counsel was appointed to represent Defendant, an indigent, in this criminal matter. Following trial, counsel filed this motion requesting that the Court approve the expenditure of funds for the work counsel's paralegal performed on the case. Later counsel filed a voucher requesting payment for his work in an amount that exceeded the statutory limit set forth in 18 U.S.C. § 3006A. The total amount set forth in the voucher included the amount of his paralegal fees.

The Court of Appeals for the Eleventh Circuit authorized payment in the excess amount on April 5, 2011. On April 11, 2011, the Court issued an order authorizing the release of the funds. Since the funds issued to counsel include funds for his paralegal fees, the motion for approval of paralegal funds is denied as moot.

**SO ORDERED**, this the 15th day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc